**Document Electronically Filed**

Ronald J. Levine, Esq.
rlevine@herrick.com
HERRICK, FEINSTEIN LLP
210 Carnegie Center
Princeton, New Jersey 08540
(609) 452-3800
Attorneys for Defendant Unilever United States, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
MATHEW ERCOLINE, on behalf of himself and : Civil Action No.: 2:10-cv-01747-SRC-
on behalf of all others similarly situated, : MAS
:
Plaintiff, :
:
v. :
: **NOTICE OF APPEARANCE**
UNILEVER UNITED STATES, INC. :
:
Defendant. :
:
------------------------------------x

**PLEASE TAKE NOTICE** that the law firm of Herrick, Feinstein LLP hereby enters its appearance as counsel for defendant Unilever United States, Inc., in the above-captioned matter. An appearance is hereby entered for Ronald J. Levine, Esq. of this firm. Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to the following attorney of record:

> Ronald J. Levine, Esq.
> Herrick, Feinstein LLP
> 210 Carnegie Center
> Princeton, New Jersey 08540
> (609) 452-3800
> rlevine@herrick.com

Dated: April 21, 2010
       Princeton, New Jersey

HERRICK, FEINSTEIN LLP

By:  s/ Ronald J. Levine
Ronald J. Levine, Esq.
rlevine@herrick.com
Attorneys for Defendant Unilever United States, Inc.
210 Carnegie Center
Princeton, New Jersey 08540
(609) 452-3800