# EXHIBIT A

# Butter Pecan

Nutrition Facts
Serving Size ½ cup (67g)
Servings Per Container 12
Amount Per Serving
Calories 130 Calories from Fat 50
% Daily Value*
Total Fat 5g 8%
Saturated Fat 2.5g 13%
Trans Fat 0g
Cholesterol 10mg 3%
Sodium 115mg 5%
Total Carbohydrate 16g 5%
Dietary Fiber 0g 0%
Sugars 16g
Protein 3g
Vitamin A 4% • Vitamin C 2%
Calcium 10% • Iron 0%
*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:
Calories: 2,000 2,500
Total Fat Less than 65g 80g
Sat Fat Less than 20g 25g
Cholesterol Less than 300mg 300mg
Sodium Less than 2,400mg 2,400mg
Total Carbohydrate 300g 375g
Dietary Fiber 25g 30g
INGREDIENTS: MILK, SKIM MILK, SUGAR, BUTTER PECANS (PECANS, BUTTER, COTTONSEED OIL, SALT), CREAM, WHEY, BUTTER PECAN FLAVOR (WATER, SALT, NATURAL FLAVOR, CARAMEL COLOR, XANTHAN GUM), CAROB BEAN GUM, ANNATTO (FOR COLOR), BETA CAROTENE (VITAMIN A).
Unilever
©UNILEVER ENGLEWOOD CLIFFS NJ 07632 USA
breyers.com 800-931-2826
Breyers All Natural Light Butter Pecan Ice Cream 130 Calories, 5g Fat Per Serving.
Regular Butter Pecan Ice Cream 200 Calories, 14g Fat Per Serving.
See bottom of container for "Tastes Best Before" date.
GUARANTEE: IF YOU ARE NOT SATISFIED WITH THIS PRODUCT OR HAVE ANY QUESTIONS OR COMMENTS, PLEASE SEND THE UPC CODE AND STAMPED INFORMATION FROM THE BOTTOM OF THIS CONTAINER TO: CONSUMER RELATIONS, ADDRESS LISTED ABOVE.
Weight Watchers* (Per Serving) Points = 3
*Weight Watchers® and Points® are registered trademarks of Weight Watchers® International, Inc. The points provided here were calculated by Unilever based on published Weight Watchers® information and do not imply sponsorship or endorsement of those points or of this Breyers® Ice Cream by Weight Watchers® International, Inc.
83118822
NEW
Breyers®
Smooth & Dreamy™
Butter Pecan
ALL NATURAL
Extra Creamy
½ THE FAT
⅓ FEWER CALORIES THAN REGULAR ICE CREAM
ALL NATURAL
Extra Creamy
LIGHT ICE CREAM
PLEDGE OF PURITY®
WE PLEDGE THAT THE BREYERS ICE CREAM IN THIS PRODUCT IS ALL NATURAL. WE HAVE USED ONLY PURE INGREDIENTS FROM NATURAL SOURCES.
Breyers®
FOUNDED 1866
K DAIRY
SERVING SUGGESTION
BUTTER PECAN LIGHT ICE CREAM WITH REAL PECAN PIECES
LIGHT ICE CREAM
1.5 QUART (1.41L)

# Nutrition Facts

Serving Size ½ cup (67g)
Servings Per Container 12

**Amount Per Serving**

**Calories** 130 Calories from Fat 50

| | % Daily Value* |
|---|---|
| **Total Fat** 5g | **8%** |
| Saturated Fat 2.5g | **13%** |
| Trans Fat 0g | |
| **Cholesterol** 10mg | **3%** |
| **Sodium** 115mg | **5%** |
| **Total Carbohydrate** 16g | **5%** |
| Dietary Fiber 0g | **0%** |
| Sugars 16g | |
| **Protein** 3g | |

Vitamin A 4% • Vitamin C 2%
Calcium 10% • Iron 0%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: MILK, SKIM MILK, SUGAR, BUTTER PECANS (PECANS, BUTTER, COTTONSEED OIL, SALT), CREAM, WHEY, BUTTER PECAN FLAVOR (WATER, SALT, NATURAL FLAVOR, CARAMEL COLOR, XANTHAN GUM), CAROB BEAN GUM, ANNATTO (FOR COLOR), BETA CAROTENE (VITAMIN A).




©UNILEVER
ENGLEWOOD CLIFFS
NJ 07632 USA

breyers.com 800-931-2826

Breyers All Natural Light
Butter Pecan Ice Cream
130 Calories, 5g Fat Per Serving.
Regular Butter Pecan Ice Cream
200 Calories, 14g Fat Per Serving.

See bottom of container for "Tastes Best Before" date.

GUARANTEE: IF YOU ARE NOT SATISFIED WITH THIS PRODUCT OR HAVE ANY QUESTIONS OR COMMENTS, PLEASE SEND THE UPC CODE AND STAMPED INFORMATION FROM THE BOTTOM OF THIS CONTAINER TO: CONSUMER RELATIONS, ADDRESS LISTED ABOVE.

WeightWatchers* (Per Serving) Points = 3

*Weight Watchers® and Points® are registered trademarks of Weight Watchers® International, Inc. The points provided here were calculated by Unilever based on published Weight Watchers® information and do not imply sponsorship or endorsement of those points or of this Breyers® Ice Cream by Weight Watchers® International, Inc.

NEW
Smo
Butter Pecan
BUTTER PECAN

Amazingly indulgent
all natural ice cream
with 1/2 the fat.
Try all 11 varieties!
Creamy Vanilla
Vanilla Bean
Mint Chocolate Chip
Creamy Chocolate
Butter Pecan
Vanilla Chocolate Strawberry
Rocky Road
Caramel Tracks
Cookies & Cream
Strawberry Cheesecake
Chocolate Chocolate Chip
0 77567 29618 4
NEW
Breyers®
Smooth & Dreamy™
Butter Pecan
ALL NATURAL
Extra Creamy
1/2 THE FAT
1/3 FEWER CALORIES THAN REGULAR ICE CREAM
K DAIRY
SERVING SUGGESTION
BUTTER PECAN LIGHT ICE CREAM WITH REAL PECAN PIECES
LIGHT ICE CREAM 1.5 QUART (1.41 L)
F.G. #84104259

Breyers®
Smooth & Dreamy™
Butter Pecan
ALL NATURAL
Extra Creamy
1/2 THE FAT
1/3 FEWER CALORIES THAN REGULAR ICE CREAM
BUTTER PECAN LIGHT ICE CREAM WITH REAL PECAN PIECES
LIGHT ICE CREAM 1.5 QUART (1.41L)
K DAIRY
SERVING SUGGESTION
83118852