# EXHIBIT B

# Cookies & Cream





## Nutrition Facts

Serving Size 1/2 cup (69g)
Servings Per Container 12

**Amount Per Serving**

Calories 130   Calories from Fat 40

| | % Daily Value* |
|---|---|
| **Total Fat** 4g | 6% |
| Saturated Fat 2.5g | 13% |
| Trans Fat 0g | |
| **Cholesterol** 10mg | 3% |
| **Sodium** 90mg | 4% |
| **Total Carbohydrate** 20g | 7% |
| Dietary Fiber 0g | 0% |
| Sugars 18g | |
| **Protein** 3g | |

Vitamin A 4%  •  Vitamin C 2%
Calcium 10%  •  Iron 0%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

See bottom of container for "Tastes Best Before" date.
Breyers All Natural Light
Cookies & Cream Ice Cream
130 Calories, 4g Fat Per Serving.
Regular Ice Cream
240 Calories, 11g Fat Per Serving.

GUARANTEE: IF YOU ARE NOT SATISFIED WITH THIS PRODUCT OR HAVE ANY QUESTIONS OR COMMENTS, PLEASE SEND THE UPC CODE AND STAMPED INFORMATION FROM THE BOTTOM OF THIS CONTAINER TO: CONSUMER RELATIONS, ADDRESS LISTED ABOVE.

*Weight Watchers® and Points® are registered trademarks of Weight Watchers® International, Inc. The points provided here were calculated by Unilever based on published Weight Watchers® information and do not imply sponsorship or endorsement of those points or of this Breyers® Ice Cream by Weight Watchers® International, Inc.

**INGREDIENTS:** LIGHT ICE CREAM: MILK, SKIM MILK, SUGAR, CREAM, WHEY, NATURAL FLAVOR, CAROB BEAN GUM, BETA CAROTENE (VITAMIN A). COOKIES: SUGAR, WHEAT FLOUR, PALM AND PALM KERNEL OIL, COCOA (PROCESSED WITH ALKALI), SALT, SODIUM BICARBONATE, SOY LECITHIN, NATURAL FLAVOR.

breyers.com
800-931-2826



© UNILEVER
ENGLEWOOD CLIFFS
NJ 07632 USA

NEW
Breyers
Smo...
Cookies & Cream

LIGHT VANILLA ICE...



