CHRISTOPHER V. LANGONE
207 Texas Lane
Ithaca, New York 14850
(607) 216-2836
Langonelaw@gmail.com

***Attorney for CASSANDRA SABOTA,
Class Member and Objector.***

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS

-------------------------------- X
MATTHEW ERCOLINE, on behalf of   :   Civil Action No.
himself and on behalf of others  :   2:10-cv-01747 (SRC-MAS)
similarly situated               :
                                 :
              Plaintiff,         :
                                 :
         v.                      :
UNILEVER UNITED STATES, INC.,    :
                                 :
              Defendant.         :
-------------------------------- 
```

**NOTICE OF APPEAL**

Objector, CASSIE SABOTA, files this notice of appeal from the order entered March 21, 2011 (Docket Entry, DE, 35) certifying a settlement class, granting final approval to a class action settment and overruling Saboda's ojections, the order denying her motion to reconsider preliminary approval (De 29) entered December 7, 2010, and from the order entered October 5, 2010, granting preliminary approval. Saboda seeks reversal of all these orders and an order directing the district court to deny preliminary or final approval to the class action settlement in 10-1747

                                          s/ Christopher V. Langone


207 Texas Lane
Ithaca, New York 14850
(607) 592-2661