## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-2062

Matthew Ercoline, et al v. Unilever US Inc

2-10-cv-01747

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

Dated: October 31, 2011

Tnh/cc:    Jeffrey W. Herrmann, Esq.
Christopher V. Langone, Esq.
Ronald J. Levine, Esq.
Lester L. Levy, Esq.
Peter S. Pearlman, Esq.
Aviva Y. Wein, Esq.
Carol Giordano